# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0287.  PATRICK KOROMA v. KATTI LANHAM et al.**

Patrick Koroma, the plaintiff in the underlying action, seeks an appeal from the trial court's order denying his motion for default judgment and motion to strike the defendants' special appearance answer and responses to Koroma's discovery requests.  However, the order that Koroma seeks to appeal is non-final, which leaves the case pending before the trial court.  See *Ware v. Handy Storage*, 222 Ga. App. 339, 339 (474 SE2d 240) (1996) (the denial of a motion for default judgment is an interlocutory ruling).  Consequently, Koroma was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to obtain appellate review.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).  His failure to do so deprives us of jurisdiction over this application, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); *Boyd*, 191 Ga. App. at 435.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/14/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.